# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUIGINO'S INTERNATIONAL, INC.,

        **Plaintiff,**

-vs-                                        Case No. 6:07-cv-769-Orl-31KRS

MILLER INTERNATIONAL FOODS,
INC., and JAMIR MILLER,

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR REHEARING AND/OR CLARIFICATION (Doc. No. 36)**
>
> **FILED:** June 21, 2007
>
> _____
> Plaintiff's request that this Court instruct the U.S. District Court for the Northern District of Georgia on the effect of a dismissal for lack of personal jurisdiction is entirely without merit.
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 25, 2007.

                                                                GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party